IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 21-cv-02916-RM-NRN

SEBO AMERICA, LLC,

    Plaintiff,

v.

DOES 1 - 10,

    Defendants.

---

**ORDER ON PLAINTIFF'S MOTION FOR DISBURSEMENT OF FUNDS**

---

This matter is before the Court on the Plaintiff's Motion for Release of Funds Paid for Temporary Restraining Order.  (ECF No. 20.)  The Plaintiff seeks the release of funds in the amount of $5,000 deposited by SEBO America into the Court Registry on November 17, 2021 (ECF No. 15) in light of the Notice of Voluntary Dismissal of Case Pursuant to Fed. R. Civ. P. 41(a) (ECF No. 18).  Being otherwise fully advised, the Court ORDERS as follows:

(1) That the Motion for Release of Funds Paid for Temporary Restraining Order (ECF No. 20) is GRANTED; and

(2) That the Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $5,000.00 plus any accrued interest, made payable to "SEBO America, LLC."  The check shall be mailed to Plaintiff's counsel: Sturman Law, LLC, 8700 E. Jefferson Ave. #371706, Denver, Colorado 80237.

DATED this 11h day of January, 2022.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge